IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE STATE OF COLORADO

Civil Action No.

**MANUAL SANTISTEVAN**,

    Plaintiff,

vs.

**WILLIAM SALLEE** and
**FRED WEGENER, SHERIFF OF PARK COUNTY, COLORADO**

    Defendants.

---

**NOTICE OF REMOVAL**

---

Defendants, William Sallee and Fred Wegener, by and through their attorney, Anthony Melonakis of the law firm of SUTTON MELONAKIS & GULLEY, P.A, submit this notice of removal, removing the instant action to the United States District Court for the District of Colorado pursuant to Title 28, Sections 1441 and 1446, United States Code.

As grounds in support of removing this action, defendants state as follows:

1.    Plaintiff commenced this action in the District Court in and for the County of Jefferson, the State of Colorado, Case No. 06 CV 963, on March 13, 2006, setting forth three claims for relief. The third claim attempts to seek relief under 42 U.S.C. § 1983. Defendant Wegener was served with the complaint on March 27, 2006.

2.  Section 1446(b), 28 U.S.C., authorizes the removal of a civil action if a notice is "filed within thirty days after receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or relief is based."

3.  Defendant Wagner received notice of this action on March 27, 2006 and defendant Sallee received notice of this action thereafter.  This notice accordingly is timely filed within the thirty-day period prescribed by 28 U.S.C. § 1446(b).

4.  Section 1441(b), 28 U.S.C., authorizes the removal of this action as a civil action brought in state court of which the district courts of the United States have original jurisdiction founded on a right arising under the Constitution or laws of the United States.  Here the third claim for relief in plaintiff's complaint asserts a claim against defendants arise under the Constitution and the laws of the United States.

5.  A copy of the pleadings served on defendants thus far are being filed contemporaneously this notice of removal pursuant to the requirements of 28 U.S.C. §1446(a) and D.C. Colo. LCivR 81.1.  No hearings have been set in state court.

6.  All defendants, who have been served, join in this notice of removal.

WHEREFORE, defendants requests removal of the instant action to the United States District Court for the District of Colorado.

Dated this 14th day of April 2006 in Littleton, Colorado.

Respectfully submitted,

*s/ Anthony Melonakis*

_____
Anthony Melonakis
SUTTON, MELONAKIS & GULLEY, P.A.
26 West Dry Creek Circle - Suite 375
Littleton, CO 80120
(303) 730-0210

Attorney for defendants

## CERTIFICATE OF MAILING

I hereby certify that on this 14th day of April 2006, a true and correct copy of the foregoing **NOTICE OF REMOVAL** was placed in the U.S. Mail, postage prepaid, and addressed to the following:

Philip R. Cockerille, Esq.
Philip R. Cockerille, P.C.
2058 Gaylord Street
Denver, CO  80205

*s/ Anthony Melonakis*
_____