# 06 - CV - 00709

nFri Apr 14 16:34:22 2006

UNITED STATES DISTRICT COURT

DENVER          , CO

Receipt No.   100 267606
Cashier          stacie

C.C. Number: SEE CC REC          02/08

DO Code    Div No
 4613        1

```
Sub Acct Type Tender      Amount
1:510000  N     4         190.00
2:086900  N     4          60.00
3:086400  N     4         100.00
```

Total Amount         $   350.00

FROM ANTHONY MELONAKIS

06-CV-00709, NEW CASE, SG