| | |
|---|---|
| DISTRICT COURT, JEFFERSON COUNTY, COLORADO<br>100 Jefferson County Pkwy., Golden, CO 80401 | |
| **Plaintiff: MANUEL SANTISTEVAN**<br><br>**Defendants: WILLIAM SALLEE and**<br>**FRED WEGENER, SHERIFF OF PARK COUNTY,**<br>**COLORADO** | |
| Attorney for Plaintiff:<br>Philip R. Cockerille, P.C.<br>Philip R. Cockerille<br>2058 Gaylord St.<br>Denver, CO 80205<br>Phone: 303-321-6413<br>Atty. Reg. #7610 | Δ COURT USE ONLY Δ<br><br>Case Number:<br>06CV963<br>Division |
| **SUMMONS** | |

**The People of the State of Colorado**
**To the Defendants named above:**

You are summoned and required to file with the clerk of this court an answer or other response to the attached complaint. If service of the summons and complaint was made upon you within the State of Colorado, you are required to file your answer or other response within 20 days after such service. If service of the summons and complaint was made upon you outside of the State of Colorado, you are required to file your answer or other response within 30 days after such service.

If you fail to file your answer or other response to the complaint in writing with in the applicable time period, judgment by default may be rendered against you by the court for the relief demanded in the complaint without further notice.

Date: March 13, 2006                         PHILIP R. COCKERILLE, P.C.

                                             by Philip R. Cockerille #7610
                                             Attorney for the Plaintiff
                                             2058 Gaylord St.
                                             Denver, CO 80205
                                             303-321-6413

This summons is issued pursuant to Rule 4 Colorado Rules Of Civil Procedure, as amended.

| | |
|---|---|
| **DISTRICT COURT, JEFFERSON COUNTY, COLORADO**<br><br>Court Address: 100 Jefferson County Pkwy., Golden, CO 80401 | |
| **Plaintiff: MANUEL SANTISTEVAN**<br><br>**Defendants: WILLIAM SALLEE and FRED WEGENER, SHERIFF OF PARK COUNTY, COLORADO** | ▲ COURT USE ONLY ▲ |
| Attorney for Plaintiff:<br>Philip R. Cockerille<br>Philip R. Cockerille, P.C.<br>2058 Gaylord St.<br>Denver, CO 80205<br>Phone Number: 303-321-6413<br>Fax Number: not designated to receive service<br>Email: not designated to receive service<br>Atty. Reg. #7610 | Case Number: 06CV963<br><br>Division |
| **COMPLAINT** | |

PLAINTIFF by his attorney states the following as a complaint against Defendants:

COUNT I – NEGLIGENCE

1. Venue is proper in Jefferson County because this auto collision occurred in this County.

2. On or about April 7, 2005, on Colorado Highway 285 near Foxton Road, Jefferson County, Colorado, defendant Sallee, driving in the course and scope and authority of his employment with the Park County Sheriff's office while transporting plaintiff, negligently and in violation of traffic laws drove a motor vehicle into the rear of a second vehicle, proximately causing injuries to plaintiff's neck, back, and other injuries.

3. Defendant Wegener is liable as respondeat superior.

4. Defendants also negligently failed to properly seatbelt plaintiff in the van.

5. Defendants also negligently failed to properly provide necessary treatment while plaintiff was in their custody.

6. As a direct and proximate result of the negligence of defendants, plaintiff suffered injuries necessitating medical services and permanent injuries as well as pain, suffering, and loss of enjoyment of life.

## COUNT II – NEGLIGENCE PER SE

7. Plaintiff incorporates by reference the allegations of paragraphs 1-6.

8. The above actions of defendants constitute a violation of statutes or ordinances, including but not limited to following too closely, careless driving, and reasonable and prudent speed.

9. These statutes or ordinances were enacted specifically to prevent the type of incident that occurred in this case and the injuries that were inflicted upon plaintiff.

10. Defendants are liable for negligence per se.

## COUNT III – 42 U.S.C. SECTION 1983

11. Plaintiff incorporates by reference the allegations of paragraphs 1-10.

12. Defendants' actions were carried out under color of state law, custom or usage; were executed under a policy or persistent practice; caused the Plaintiff damages and injuries; have no justification or excuse in law; shock the conscience; and are fundamentally unfair.

13. Plaintiff had constitutional rights to be transported safely and to be provided with treatment necessary due to the negligence of defendants.

14. The actions and omissions of defendants and their agents caused and aggravated plaintiff's injuries and damages and caused severe emotional distress, anguish, illness, grief, and pecuniary loss.

15. The actions or omissions of defendants and their agents were reckless and callously indifferent to the plaintiff's rights.

WHEREFORE, plaintiff requests declaratory judgment that defendants actions and omissions violated the rights of plaintiff and others similarly situated and shall be enjoined from creating a risk of injury to others in the future; and for judgment in his favor and against defendants for compensatory damages described above in amounts to be determined at trial, plus interest from the date of the collision, costs, expert witness fees, and other relief as determined by the Court.

Respectfully submitted,

PHILIP R. COCKERILLE, P.C.

Date: March 13, 2006

By: _____
Philip R. Cockerille #7610
2058 Gaylord Street
Denver, CO 80205
Tel: (303) 321-6413

Plaintiff's address:
4900 S. Wadsworth Blvd.
Lakewood, CO 80123