| | |
|---|---|
| DISTRICT COURT, JEFFERSON COUNTY, COLORADO<br>100 Jefferson County Pkwy., Golden, CO 80401 | |
| **Plaintiff:** MANUEL SANTISTEVAN<br><br>**Defendants:** WILLIAM SALLEE and<br>FRED WEGENER, SHERIFF OF PARK COUNTY, COLORADO | |
| Attorney for Plaintiff:<br>Philip R. Cockerille, P.C.<br>Philip R. Cockerille<br>2058 Gaylord St.<br>Denver, CO 80205<br>Phone: 303-321-6413<br>Atty. Reg. #7610 | Δ COURT USE ONLY Δ<br><br>Case Number:<br>06CV963<br>Division |
| **SUMMONS** | |

**The People of the State of Colorado**
**To the Defendants named above:**

You are summoned and required to file with the clerk of this court an answer or other response to the attached complaint. If service of the summons and complaint was made upon you within the State of Colorado, you are required to file your answer or other response within 20 days after such service. If service of the summons and complaint was made upon you outside of the State of Colorado, you are required to file your answer or other response within 30 days after such service.

If you fail to file your answer or other response to the complaint in writing with in the applicable time period, judgment by default may be rendered against you by the court for the relief demanded in the complaint without further notice.

Date: March 13, 2006

PHILIP R. COCKERILLE, P.C.

by Philip R. Cockerille #7610
Attorney for the Plaintiff
2058 Gaylord St.
Denver, CO 80205
303-321-6413

This summons is issued pursuant to Rule 4 Colorado Rules Of Civil Procedure, as amended.