# SUPPLEMENTAL CIVIL COVER SHEET FOR NOTICES OF REMOVAL

Pursuant to 28 U.S.C. §§ 1446 - 47 and D.C.COLO.LCivR 81.1, the removing party shall promptly file three sets of copies of all state court pleadings not attached to the notice of removal.

### Section A - Plaintiffs

Plaintiffs remaining in action at the time of filing the notice of removal
Manuel Santisteven

### Section B - Defendants

Defendants remaining in action at the time of filing the notice of removal
William Sallee
Fred Wegener, Sheriff of Park County, Colo

### Section C - Pending Motions As of Date of Removal

Title of Motion:

1) None
2)
3)
4)

(Use reverse for additional information if necessary)

Date Motion Filed:

### Section D - Hearings

Are hearings set on any motions? If yes, please list motion, date of hearing, and the assigned judge:
   No

*s/ Anthony Melonakis*

Signature of Attorney for Removing Party
Telephone Number: (303) 730-0210
Date: April 14, 2006

Case No. 05CV5030

(Rev. 4/15/02)