**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE STATE OF COLORADO**

Civil Action No. 06-cv-00709-EWN-PAC

**MANUAL SANTISTEVAN**,

    Plaintiff,

vs.

**WILLIAM SALLEE** and
**FRED WEGENER, SHERIFF OF PARK COUNTY, COLORADO**

    Defendants.

---

**CERTIFICATE OF NOTICE AND SERVICE OF INSTRUCTIONS REGARDING NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE**

---

The undersigned, as counsel for defendant, certifies that defendant's Notice of Filing Notice of Removal of Action to Federal Court Under 28 U.S.C. § 1441(b)(Federal Question) was filed in the District Court in and for the County of Jefferson, State of Colorado, Civil Action No. 06 CV 963, on April 14, 2006, and on that same date a copy of was electronically served in accordance with the Colorado Rules of Civil Procedure upon plaintiff's attorney, Philip R. Cockerille.

A copy of the Notice of Filing Removal of Action to Federal Court Under 28 U.S.C. § 1441(b)(Federal Question), which was filed in the State District Court, County of Garfield, State of Colorado and served on plaintiff is appended to this Certificate.

Undersigned counsel certifies to this court that no hearing in the state district court has been set as of the time when the Notice of Removal herein was filed.

Undersigned counsel further certifies that a true and accurate copy of the Instructions Regarding Notice of Availability of a United States Magistrate Judge was mailed to plaintiff's attorney on this 17th day of April 2006.

Dated this 17th day of April 2006 in Littleton, Colorado.

Respectfully submitted,

*s/ Anthony Melonakis*
_____
Anthony Melonakis
SUTTON, MELONAKIS & GULLEY, P.A.
26 West Dry Creek Circle - Suite 375
Littleton, CO 80120
(303) 730-0210

Attorney for defendants

## CERTIFICATE OF MAILING

I hereby certify that on this 17th day of April 2006, a true and correct copy of the foregoing **CERTIFICATE OF NOTICE AND SERVICE OF INSTRUCTIONS REGARDING NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE** was placed in the U.S. Mail, postage prepaid, and addressed to the following:

Philip R. Cockerille, Esq.
Philip R. Cockerille, P.C.
2058 Gaylord Street
Denver, CO  80205

*s/ Anthony Melonakis*
_____