| | |
|---|---|
| DISTRICT COURT, JEFFERSON COUNTY, COLORADO<br><br>100 Jefferson County Pkwy, Golden, CO 80401<br><br>Plaintiff: **MANUEL SANTISTEVAN**<br><br>Defendants: **WILLAIM SALLEE** and **FRED WEGENER, SHERIFF OF PARK COUNTY, COLORADO**.<br><br>ATTORNEY FOR DEFENDANTS:<br><br>Anthony Melonakis<br>SUTTON, MELONAKIS & GULLEY, P.A.<br>26 W. Dry Creek Cir. – Suite 375<br>Littleton, CO  80120<br><br>Phone Number:     (303) 730-0210<br>Fax Number:         (303) 730-6208<br>E-mail:                   a_melonakis@hotmail.com<br><br>Atty. Reg. # 13372 | ▲COURT USE ONLY ▲<br><br>Case Number: 06CV963<br>Div.:              Ctrm.: |
| **NOTICE OF FILING NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT UNDER 28 U.S.C. § 1441(b) (FEDERAL QUESTION)** | |

TO:   The plaintiff, his attorney of record, and the Clerk of the Court for the District Court in and for the County of Jefferson, Colorado

   PLEASE TAKE NOTICE that on April 14, 2006, defendants filed in the United States District Court for the District of Colorado its Notice of Removal of this action to that Court, which is attached hereto.  Pursuant to 28 U.S.C. § 1446(d), this action has now been removed and the state court shall proceed no further unless and until this action is remanded.

Respectfully submitted this 14th day of April 2006.

Respectfully submitted

*s/ Anthony Melonakis\**

_____

Anthony Melonakis

Attorney for defendants

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 14th day of April 2006 the foregoing **NOTICE OF FILING NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT UNDER 28 U.S.C. § 1441(b) (FEDERAL QUESTION)** was filed and served electronically upon Philip R. Cockerille pursuant to C.R.C.P. 121, Section 1-26 *via* Lexis Nexis File & Serve.

*s/ Anthony Melonakis\**

_____

*\*This document was filed electronically pursuant to C.R.C.P. 121, § 1-26. The original, signed document is being maintained by Sutton, Melonakis & Gulley, P.A.*