**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE STATE OF COLORADO**

Civil Action No. 06-cv-00709-EWN-PAC

**MANUAL SANTISTEVAN**,

     Plaintiff,

vs.

**WILLIAM SALLEE** and
**FRED WEGENER, SHERIFF OF PARK COUNTY, COLORADO**

     Defendants.

---

**CERTIFICATE OF SERVICE OF GENERAL CASE MANAGEMENT ORDER
AND ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE**

---

The undersigned, as counsel for defendants, certifies that a true and accurate copy of the General Case Management and Order of Reference to United States Magistrate Judge (Doc. 6) was mailed to plaintiff's attorney on this 17th day of April 2006.

Dated this 17th day of April 2006 in Littleton, Colorado.

Respectfully submitted,

*s/ Anthony Melonakis*

_____

Anthony Melonakis
SUTTON, MELONAKIS & GULLEY, P.A.
26 West Dry Creek Circle - Suite 375
Littleton, CO 80120
(303) 730-0210

Attorney for defendants

## **CERTIFICATE OF MAILING**

I hereby certify that on this 17th day of April 2006, a true and correct copy of the foregoing was placed in the U.S. Mail, postage prepaid, and addressed to the following:

Philip R. Cockerille, Esq.
Philip R. Cockerille, P.C.
2058 Gaylord Street
Denver, CO  80205

*s/ Anthony Melonakis*

_____