IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE STATE OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06-cv-00709-EWN-PAC

**MANUAL SANTISTEVAN**,

    Plaintiff,

vs.

**WILLIAM SALLEE** and
**FRED WEGENER, SHERIFF OF PARK COUNTY, COLORADO**

    Defendants.

---

**NOTICE OF CHANGE OF ADDRESS**

---

PLEASE TAKE NOTICE that defendants' attorney, Anthony Melonakis, has changed his address and is now located at:

Law Firm of Anthony Melonakis
1660 Wynkoop, Suite 800
Denver, Colorado 80202
(303) 730-0210
Fax: (866) 552-3233

Dated this 3rd day of May 2006, in Denver, Colorado.

Respectfully submitted,

*s/ Anthony Melonakis*

_____
Anthony Melonakis
LAW FIRM OF ANTHONY MELONAKIS
1660 Wynkoop, Suite 800
Denver, CO  80202
(303) 730-0210
Fax:  (866) 552-3233
a_melonakis@hotmail.com

Attorney for defendants

## CERTIFICATE OF SERVICE (CM/ECF)

The undersigned hereby certifies that on this 3rd day of May, 2006 a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mal addresses:

Philip R. Cockerille (prcpclaw@qwest.net)

*s/ Anthony Melonakis*

_____