magistrate judge assigned to this case.

With respect to discovery disputes, parties must comply with D.C.COLO.LCivR 7.1A.

The parties filing motions for extension of time or continuances must comply with D.C.COLO.LCivR 6.1D. by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorneys of record, and all *pro se* parties.

### 12. AMENDMENTS TO SCHEDULING ORDER

The scheduling order may be altered or amended only upon a showing of good cause.

DATED this _____ day of _____ 200__.

BY THE COURT:

_____
United States Magistrate Judge

APPROVED:

_____
Philip R. Cockerille
2058 Gaylord St.
Denver, CO  80205
303-321-6413
Attorney for Plaintiff

_____
Anthony Melonakis
1660 Wynkoop St. Suite 800
Denver, CO  80202
303-730-0210
Attorney for Defendants