## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Magistrate Judge Patricia A. Coan

| | |
|---|---|
| **Civil Action No.**   06-cv-00709-EWN-PAC | FTR - PAC COURTROOM A-501 |
| **Date:**  May 22, 2006 | Deputy Clerk: Ben Van Dyke |
| MANUAL SANTISTEVAN, | Philip R. Cockerille |
| Plaintiff, | |
| v. | |
| WILLIAM SALLLEE, and<br>FRED WEGENER,<br>Sheriff of Park County, Colorado, | Anthony Melonakis |
| Defendants. | |

## COURTROOM MINUTES / MINUTE ORDER

**Scheduling Conference**

**9:27 a.m.**     **Court in session.**

Court calls case.  Appearances of counsel.

The proposed Scheduling Order is reviewed.

Court discusses plaintiff's claims and damages with Mr. Cockerille.

Parties have held a Rule 26(f) meeting and made Rule 26(a)(1) disclosures.

**ORDERED:   Parties will file a deposition schedule by August 15, 2006.**

<u>DEADLINES</u>:

Fact and Expert Discovery Deadline: December 1, 2006.

28 U.S.C. § 636(c) [Consent to a Magistrate Judge] deadline: December 11, 2006.

Discussion regarding treatment providers giving expert opinions.  Counsel advised to review *Washington v. Arapahoe Social Services*, 197 F.R.D. 439 and to follow Judge Nottingham's procedures.

**Civil Action No.  06-cv-00709-EWN-PAC**
**Date:  May 22, 2006**


**SETTLEMENT CONFERENCE** set for **July 20, 2006 at 8:00 a.m.** with Magistrate Judge Coan.

Parties, attorneys and client representatives with full settlement authority must be present.

Confidential settlement statements are due to Magistrate Judge Coan by **July 13, 2006**.

Counsel should email confidential settlement statements with attachments and exhibits to Magistrate Judge Coan's chamber's email account at Coan_Chambers@cod.uscourts.gov.  If the confidential settlement statements are in excess of fifteen (15) pages, counsel are instructed to enclose the documents in an envelope labeled "Personal Materials" addressed to Magistrate Judge Patricia A. Coan and deliver it to the Clerk's office.  Do not label the envelope "confidential settlement statement," or the clerk may file the document and this makes it a public record.  If counsel receives a violation notice when using this procedure, please immediately inform the Magistrate Judge.

**PRELIMINARY PRETRIAL CONFERENCE** set for **August 31, 2006 at 8:30 a.m.**, in Courtroom A-501, of the Alfred A. Arraj Courthouse.

A Proposed Preliminary Pretrial Order is due no later than five days before the preliminary pretrial conference.  Judge Nottingham's procedures and proposed Order format can be downloaded from the Court's website at www.co.uscourts.gov under Judge Nottingham's forms.

If the parties unanimously agree, and if the court approves, they can waive the Preliminary Pretrial Conference by timely filing a complete Preliminary Pretrial Order with the waiver of conference box checked.  If the court approves, the Preliminary Pretrial Conference will be vacated and all parties will be notified before the Preliminary Pretrial Conference.

Discovery dispute procedures are discussed.

Scheduling Order signed and entered.

- **ORDERED:**     Parties are directed to **www.cod.uscourts.gov** and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.

9:39 a.m.     Court goes off the record to discuss settlement.

**9:42 a.m.     Court in recess.**

Total time in court:     15 minutes.

Hearing concluded.