IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action no. 06-CV-00709-EWN-PAC

MANUEL SANTISTEVAN,

Plaintiff,

v.

WILLIAM SALLEE and
FRED WEGENER, SHERIFF OF PARK COUNTY, COLORADO

Defendants.

---

UNOPPOSED MOTION TO RESET SETTLEMENT CONFERENCE TO WED. AUG. 16, 2006 AT 1:30

---

PLAINTIFF by his attorney is filing this motion on behalf of both parties. The parties agree that settlement discussions would be more productive if the July 20, 2006 at 8:00 a.m. date were reset. The parties made a conference call to chambers and the clerk is holding the date of Wed. Aug. 16, 2006 at 1:30, pending ruling on this motion.

PHILIP R. COCKERILLE, P.C.

S/Philip R. Cockerille

by Philip R. Cockerille #7610
2058 Gaylord St.
Denver, CO  80205
303-321-6413

                                          Fax 303-321-5644
                                          Email: prcpclaw@qwest.net
                                          Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that I have served by EMS this 13 day of July, 2006 a copy of this motion to reset settlement conference to:

Anthony Melonakis
Sutton, Melonakis & Gulley, PA
26 W. Dry Creek Cir. #375
Littleton, CO  80120

                                          s/Patricia M. Cockerille
                                          _____