IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00709-EWN-PAC

MANUAL SANTISTEVAN,

   Plaintiff(s),

v.

WILLIAM SALLEE, and
FRED WEGENER, Sheriff of Park County, Colorado,

   Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

   IT IS HEREBY **ORDERED** that the Unopposed Motion to Reset Settlement Conference to Wed. August 16, 2006 at 1:30 [filed July 13, 2006; Doc. No. 15] is **GRANTED** as follows:

   The Settlement Conference set for July 20, 2006 is *vacated and reset* to **August 16, 2006 at 1:30 p.m.**  Confidential Settlement Statements are due on or before **August 11, 2006,** and should be e-mailed to the Magistrate Judge at Coan_Chambers@cod.uscourts.gov.

   Confidential Settlement statements with attachments totaling over 15 pages shall be submitted to the Clerk's Office in an envelope labeled "Personal Materials" addressed to Magistrate Judge Patricia A. Coan.

   ***Counsel and parties with full authority to settle must be present.***

   In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

Dated:  July 14, 2006