IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00709-EWN-PAC

MANUAL SANTISTEVAN,

      Plaintiff(s),

v.

WILLIAM SALLEE, and
FRED WEGENER, Sheriff of Park County, Colorado,

      Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

Due to a conflict in the Court's calendar, IT IS HEREBY

**ORDERED** that the Settlement Conference set for August 16, 2006 is ***vacated and reset*** to **August 31, 2006 at 2:30 p.m.**

Confidential Settlement Statements are due on or before **August 28, 2006,** and should be e-mailed to the Magistrate Judge at Coan_Chambers@cod.uscourts.gov.

Confidential Settlement statements with attachments totaling over 15 pages shall be submitted to the Clerk's Office in an envelope labeled "Personal Materials" addressed to Magistrate Judge Patricia A. Coan.

***Counsel and parties with full authority to settle must be present.***

In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

Dated:  July 31, 2006