IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06-CV-00709-EWN-PAC

MANUEL SANTISTEVAN

    Plaintiff,

v.

WILLIAM SALLEE and
FRED WEGENER Sheriff of Park County, Colorado

    Defendants.

## DEPOSITION SCHEDULE

| *Name of Deponent* | *Date of Deposition* | *Time of Deposition* | *Expected Length of Deposition* |
|---|---|---|---|
| Plaintiff | Oct. 17, 2006 | 9 a.m. | 6 hr. |
| Def. Sallee | Oct. 18, 2006 | 1 p.m. | 4 hr. |

Original signed by Philip R. Cockerille   Original signed by Anthony Melonakis
 Philip R. Cockerille                  Anthony Melonakis
 2058 Gaylord St.                    1660 Wynkoop St. Suite 800
 Denver, CO  80205             Denver, CO  80202
 303-321-6413                      303-730-0210
 Attorney for Plaintiff            Attorney for Defendants

Case 1:06-cv-00709-EWN-PAC   Document 19-1   Filed 08/14/06   USDC Colorado   Page 2 of 2