IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00709-EWN-PAC

MANUAL SANTISTEVAN,

    Plaintiff(s),

v.

WILLIAM SALLEE, and
FRED WEGENER, Sheriff of Park County, Colorado,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Preliminary Pretrial Conference set for August 31, 2006 at 8:30 a.m., is *vacated.*

    IT IS **FURTHER ORDERED** that the Settlement Conference set for **August 31, 2006 at 2:30 p.m.** shall proceed as scheduled.

    IT IS **FURTHER ORDERED** that counsel shall comply with the Court's electronic filing procedures, § V.L., when filing proposed orders.

    In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

Dated:  August 21, 2006