# MINUTE ENTRY FOR SETTLEMENT CONFERENCE

TO:  Docketing

DATE :  August 31, 2006

FROM:  Patricia A. Coan

U.S. Magistrate Judge

Case No.:  06-cv-00709-EWN-PAC

Santistevan v. Sallee, et al.

- (X) A settlement conference was held today but a settlement was not reached.
- ( ) A settlement conference was held today and a settlement was reached.
- ( ) The parties are to submit their stipulation for dismissal to Judge by 2006.

Settlement conference and preparation time totaled 2 hours 25 minutes.

Settlement Conference concluded: yes

Record Made: no

cc:  District Judge Nottingham
Magistrate Judge
Magistrate Judge Coan

Source:H:Judge\Settlement Conference Form.wpd