IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00709-EWN-PAC

MANUAL SANTISTEVAN,

    Plaintiff(s),

v.

WILLIAM SALLEE, and
FRED WEGENER, Sheriff of Park County, Colorado,

    Defendant(s).

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that all deadlines in the Scheduling Order is *vacated* as the parties have advised a settlement has been reached.

    IT IS **FURTHER ORDERED** that counsel shall file their Stipulation for Dismissal with the Court on or before **September 27, 2006.**

Dated:  September 13, 2006