IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE STATE OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06-cv-00709-EWN-PAC

**MANUAL SANTISTEVAN**,

    Plaintiff,

vs.

**WILLIAM SALLEE** and
**FRED WEGENER, SHERIFF OF PARK COUNTY, COLORADO**

    Defendants.

---

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

---

Plaintiff, Manuel Santistevan, by and through his attorney, Philip R. Cockerille, and defendants, William Sallee and Fred Wegener, by and through their attorney, Anthony Melonakis, pursuant to Fed. R. Civ. P. 41(a)(2), requests that this action be dismissed with prejudice, with all parties to bear their own costs and attorney fees.

Respectfully submitted this 20thday of September 2006.

| | |
|---|---|
| */s/ Philip R. Cockerille* | */s/ Anthony Melonakis* |
| Philip R. Cockerille | Anthony Melonakis |
| 2058 Gaylord St. | 1660 Wynkoop St. Suite 800 |
| Denver, CO  80205 | Denver, CO  80202 |
| 303-321-6413 | 303-730-0210 |
| | |
| Attorney for Plaintiff | Attorney for Defendants |