IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE STATE OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06-cv-00709-EWN-PAC

**MANUAL SANTISTEVAN**,

    Plaintiff,

vs.

**WILLIAM SALLEE** and
**FRED WEGENER, SHERIFF OF PARK COUNTY, COLORADO**

    Defendants.

## ORDER FOR DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court upon the parties' stipulated motion for dismissal with prejudice. The Court having reviewed the same, and being duly advised in the premises;

DOTH ORDER that said motion be and hereby is GRANTED. All claims that were asserted or could have been asserted in this action are hereby DISMISSED WITH PREJUDICE. Each party shall pay his own attorney fees and costs.

DATED this _____ day of _____, 2006.

    BY THE COURT

    _____
    Edward W. Nottingham
    United States District Judge